UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------
ERICA BIANCA BAEZ,

                 Plaintiff,                 ORDER

                                        1:25-cv-05408-GRJ

      v.

COMMISSIONER OF SOCIAL
SECURITY,

                 Defendant.
--------------------------------------------------------
GARY R. JONES, United States Magistrate Judge:

Pending before the Court is the Stipulation filed by the parties.

(Docket No. 12.)  The parties stipulate and agree that the Commissioner's

decision should be reversed, and the case should be remanded to the

Commissioner of Social Security under the fourth sentence of 42 U.S.C. §

405(g) for further administrative proceedings.

Accordingly, the Stipulation is approved. This case is REVERSED

and REMANDED to the Commissioner of Social Security under the fourth

sentence of 42 U.S.C. § 405(g) for further administrative proceedings and a

new decision. On remand, Plaintiff will be offered the opportunity for a

hearing.

The Clerk is directed to enter final judgment in favor of Plaintiff and then close the file.


Dated: January 26, 2026                     SO ORDERED:

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge