**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
ERICA BIANCA BAEZ,

                              Plaintiff,                  25 **CIVIL** 5408 (GRJ)

      -v-                                     **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                              Defendant.
-------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 26, 2026, this case is REVERSED and REMANDED to the Commissioner of Social Security under the fourth sentence of 42 U.S.C. § 405(g) for further administrative proceedings and a new decision. On remand, Plaintiff will be offered the opportunity for a hearing.

**Dated:** New York, New York

       January 29, 2026

                                         **TAMMI M. HELLWIG**

                                     _____

                                       **Clerk of Court**

                                    K. mango

**BY:**

                                     _____

                                       **Deputy Clerk**